UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IDA CHANDLER,

    Plaintiff,

v.

Case No. 1:10-cv-579

HONORABLE PAUL L. MALONEY

INDEPENDENCE RECOVERY
SERVICES, LLC, NEW STRATEGIC
SYSTEMS, LLC, and DAVID DALE HASS,

    Defendant.
_____/

## ORDER OF DISMISSAL

This Court having sent to counsel for plaintiff a notice of impending dismissal for failure to serve, and the Court having received no response;

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter is hereby **DISMISSED without prejudice**.

**IT IS SO ORDERED**.


Dated: October 22, 2010                        /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                Chief United States District Judge